**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

Nathan Speten, Troy Speten, Gary Speten, Steven Heger, Katherine Heger, Ben Heger, Wesley Doepke, Colin Hanneman, Adam Larson, Eric Larson, and Brent Bachmeier,

Plaintiffs.

v.

Sharda USA LLC, CJB Industries, Inc., Outsource Logistics, LLC, and Sharda Cropchem Limited,

**ORDER**

Case No.: 1:25-cv-00105

---

On August 31, 2026, the parties convened for a discovery dispute status conference pertaining to proposed amendments to the Scheduling and Discovery Plan. For the reasons articulated on the record, the court **ADOPTS** the Plaintiffs' Amended Scheduling and Discovery Plan, with modification. The Amended Scheduling and Discovery Plan shall be filed in a separate order.

The parties shall reconvene for a status conference on September 24, 2026, at 9:00 AM by telephone to again discuss potential disputes as to written discovery. To participate in the status conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #. Prior to the September 24, 2026, status conference, the parties shall engage in a meet and confer to potentially narrow down or resolve the pending disagreements. The parties may submit to the court any proposed modifications to the Scheduling and Discovery Plan prior to the September 24, 2026, status conference.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court