**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Nathan Speten, Troy Speten, Gary Speten, Steven Heger, Katherine Heger, Ben Heger, Wesley Doepke, Colin Hanneman, Adam Larson, Eric Larson, and Brent Bachmeier, | ) | **ORDER** |
| Plaintiffs. | ) | |
| v. | ) | |
| Sharda USA LLC, CJB Industries, Inc., Outsource Logistics, LLC, and Sharda Cropchem Limited, | ) | Case No.: 1:25-cv-00105 |
| Defendants. | ) | |

On September 24, 2026, the court held a status conference with the parties to discuss potential disputes regarding written discovery. The court shall schedule another status conference with the parties on October 29, 2026, at 9:00 AM by telephone to further discuss with the parties what progress they are making with respect to discovery. To participate in the status conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District Court